# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Christian Alejandro Sanchez Guzman

                               Plaintiff,

v.                                                Case No.: 1:17–cv–07939
                                                         Honorable John Z. Lee

Durvin Pamela Mera Cabrera

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2018:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 2/21/18. For the reasons stated on the record, Petitioner's motion to strike respondent's memorandum of law in support of her answer and affirmative defenses [36] is granted. The hearing on the petition scheduled for 3/7/18 is reset to 4/3/18 at 9:00 a.m. so that the parties may conduct discovery. Plaintiff is directed to sit for his deposition on 3/31/18. Plaintiff's counsel should notify the Court as soon as possible if plaintiff has already made his travel arrangements for the March hearing date. The parties should submit a joint document with their respective positions as to the testimony of the older child. Status hearing set for 3/27/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.