IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christian Alejandro Sánchez Guzmán, | |
| Plaintiff/Petitioner, | |
| v. | Case No. 1:17-cv-07939 |
| Durvin Pamela Mera Cabrera, | Judge: Hon. John Z. Lee |
| Defendant/Respondent. | |

## ORDER REGARDING RETURN OF MINOR CHILDREN

This case having come before this Court on Petitioner Christian Alejandro Sanchez Guzman's petition to return his minor children J.S.M. and A.S.M. to Spain from the United States, and the Court having subject matter jurisdiction pursuant to 22 U.S.C. § 9003(a) and 28 U.S.C. § 1331 and personal jurisdiction over the Respondent Durvin Pamela Mera Cabrera by virtue of her current residence in this judicial district and participation in these proceedings with representation from counsel, the Court orders as follows:

1. Mr. Sanchez's petition for return of J.S.M. and A.S.M. to Spain is granted for the reasons stated on the record at the hearing of April 11, 2018.

2. On Ms. Mera's motion, the Court temporarily stays the effect of the judgment for seven days until April 18, 2018, pending a potential appeal. This Court's temporary stay automatically expires on April 18, 2018 at 5:00 p.m.

3. Mr. Sanchez, with the assistance of counsel, shall make all necessary arrangements to promptly accompany J.S.M. and A.S.M. back to Spain after the expiration of that stay.

4.     Mr. Sanchez has agreed, and the Court so orders, that Mr. Sanchez provide the maternal grandparents of J.S.M. and A.S.M. with the visitation and access rights to J.S.M. and A.S.M. on the same terms that the Spanish Family Court granted to Ms. Mera in its Judgment No. 310/2016, until such time that (1) Ms. Mera returns to Spain or (2) the Spanish Family Court adjudicates the motion she has filed to alter the judgment, whichever date comes first.

5.     Ms. Mera is ordered to refrain from removing the children from their current residence or school routine until such time as arrangements are made for the transfer of J.S.M. and A.S.M. to the custody of their father for purposes of returning them to Spain.  Ms. Mera is prohibited from removing the children at any time from the city of Chicago or permitting their residence at any residence other than 6000 S. Kolmar Ave, Chicago Illinois, until such time as the children are handed over to Mr. Sanchez.

6.     This Court may enter an additional order or orders effectuating the transfer of the children, including utilizing the assistance of the U.S. Marshals Service to oversee the transfer and/or ordering the children's school to release the children to the custody of their father. Respondent is ordered to refrain from any act interfering with such transfer at the relevant time or prospectively.

7.     The children's passports, currently in the custody of Petitioner's counsel pursuant to the prior order of this Court, are ordered released to the Petitioner to enable him to obtain travel documents for the children's return to Spain.

IT IS SO ORDERED

_____
John Z. Lee
United States District Judge
April 12, 2018