**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Christian Alejandro Sánchez Guzmán,

      Plaintiff/Petitioner,

    v.

Durvin Pamela Mera Cabrera,

      Defendant/Respondent.

Case No. 1:17-cv-07939

Judge: Hon. John Z. Lee

## SUPPLEMENTAL ORDER REGARDING RETURN OF MINOR CHILDREN

The Court, having issued its ruling on April 12, 2018 allowing Petitioner Christian Alejandro Sanchez Guzman to return his minor children J.S.M. and A.S.M. to Spain from the United States, and having anticipated at that time the eventual need for an additional order effectuating the transfer of the children, hereby supplements its order as follows:

1.    The parties have agreed that the transfer of the minor children J.S.M. and A.S.M. will take place at 9:00 a.m. on Monday, April 30, 2018, in Judge Lee's courtroom 1225, 219 S. Dearborn, Chicago Illinois. Pursuant to this Court's order of April 12, Respondent Durvin Pamela Mera Cabrera is ordered to turn over the children to the custody of Petitioner Christian Alejandro Sánchez Guzmán, their father, at that time and place.

2.    **[THIS PARAGRAPH REDACTED IN PUBLIC COPY]** For the avoidance of doubt, the minor children J.S.M. and A.S.M. are Jordi Sanchez Mera, d.o.b. January 13, 2005 and Cristina Abigail Sanchez Mera, d.o.b. January 24, 2012.

3.    As contemplated by the Court's prior order, the U.S. Marshals are ordered to be present as Petitioner takes custody of J.S.M. and A.S.M. ("the Children") from Respondent, Durvin Pamela Mera Cabrera, at the above-specified time and place.

4.     The U.S. Marshals have permission to oversee and control the transfer of the Children as needed to remove the Children from the custody of Respondent to the custody of Petitioner.  Transfer of custody should occur in courtroom 1225, or as near to the courtroom as possible, at the U.S. Marshals' discretion.

IT IS SO ORDERED

_____
Hon. John Z. Lee
United States District Judge
April 26, 2018